[No. 4657–5–III.   Division Three.   December 9, 1982.]

EUCON CORPORATION, *Respondent,* v. PACIFIC FIRST
FEDERAL SAVINGS & LOAN ASSOCIATION,
*Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 80–2–01321–9, Walter A. Stauffacher, J., entered June 23, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Roe, J.

[No. 4278–2–III.   Division Three.   December 9, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICK
DANIELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80–1–00463–3, Bruce P. Hanson, J., entered November 26, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4694–0–III.   Division Three.   December 9, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
R. EASTON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 81–1–00113–4, Albert J. Yencopal, J., entered August 7, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.